TROY LAW, PLLC
*Attorneys for the Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
Jinquan Yin, Letian Zhu, and Baoli Zhang
*on behalf of themselves and others similarly situated,*
                                    Plaintiff,

v.

518 Pomodoro, Inc.
        d/b/a Pomodoro,
Pomodoro Italian Express Inc.
        d/b/a Pomodoro,
Yun Hui Chen
        a/k/a Winnie Chen,
Tao Chen, and
Zhen Huang Zheng,
                                    Defendants.
---------------------------------------------------------------x

Case No: 17-cv-10244

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

   PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs Jinquan Yin, Letian Zhu, and Baoli Zhang, through their undersigned counsel, hereby accept and provide notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated September 30, 2020 attached hereto as Exhibit A.

Dated: Flushing, New York
September 30, 2020

                                            TROY LAW, PLLC
                                            *Attorney for the Plaintiffs*


                                             /s/     John Troy
                                            John Troy (JT0481)

TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA*
*Collective and potential Rule 23 Class Plaintiff*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
Jinquan Yin, Letian Zhu, and Baoli Zhang
*on behalf of themselves and others similarly situated,*
                                             Plaintiff,

v.

518 Pomodoro, Inc.
    d/b/a Pomodoro,
Pomodoro Italian Express Inc.
    d/b/a Pomodoro,
Yun Hui Chen
    a/k/a Winnie Chen,
Tao Chen, and
Zhen Huang Zheng,

                                             Defendants
--------------------------------------------------------------x

**Case No: 17-cv-10244**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent *via* ECF to their Attorney of Record.


Dated: Flushing, New York
September 30, 2020

                                      TROY LAW, PLLC
                                      *Attorney for the Plaintiff*


                                   /s/      John Troy
                                     John Troy (JT0481)