TROY LAW, PLLC
*Attorneys for the Plaintiff*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

Jinquan Yin, Letian Zhu, and Baoli Zhang
*on behalf of themselves and others similarly situated,*
        Plaintiff,

      v.

518 Pomodoro, Inc.
  d/b/a Pomodoro,
Pomodoro Italian Express Inc.
  d/b/a Pomodoro,
Yun Hui Chen
  a/k/a Winnie Chen,
Tao Chen, and
Zhen Huang Zheng,
      Defendants.
-------------------------------------------------------------x

**Case No: 17-cv-10244**

**PROPOSED ORDER**

The Honorable Donald E. Walter, District Judge:

  Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants 518 Pomodoro, Inc. d/b/a Pomodoro, Pomodoro Italian Express Inc. d/b/a Pomodoro, Yun Hui Chen a/k/a Winnie Chen, Tao Chen, and Zhen Huang Zheng, having offered to allow judgment be taken against them by consent Plaintiffs Jinquan Yin, Letian Zhu, Baoli Zhang, in this action for a sum of **Thirty Thousand Dollars ($30,000.00)** including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiffs Jinquan Yin, Letian Zhu, Baoli Zhang suffered any damage; Plaintiffs Jinquan Yin, Letian Zhu, Baoli Zhang, through John Troy, Troy Law PLLC, on  having accepted and provided notice that they have accepted Defendants' Offer of Judgment, dated September 30, 2020, and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to

Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of **Thirty Thousand Dollars ($30,000)**, jointly and severally against Defendants 518 Pomodoro, Inc. d/b/a Pomodoro, Pomodoro Italian Express Inc. d/b/a Pomodoro, Yun Hui Chen a/k/a Winnie Chen, Tao Chen, and Zhen Huang Zheng, including attorney's fees and costs now accrued in four (3) equal installments with the following payment schedule:

    1. First installment to be paid immediately after entry of judgment;

    2. Second Installment to be paid within 30 days after entry of judgment;

    3. Third installment to be paid within 60 days after entry of judgment.

WHEREAS if any amounts remain unpaid, upon the aforementioned schedule, that post-judgment interest shall accrue pursuant to 28 U.S.C. 1961; and

WHEREAS upon the expiration of 90 days following the issuance of judgment, or 90 days after expiration of the time of appeal and no appeal is then pending, or 90 days following a default whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL 198(4).

Dated: _____                    _____
                                                                         U.S.D.J.